■ MATTHEW ROSESCHEIN, Respondent, v. HERMINA A. McNALLY, Appellant.— Motion for reargument denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ J. SANFORD TRUMPET, Appellant, v. ELVIRA BROWN, Also Known as ELVIRA B. TRUMPET and as HATTIE TRUMPET, Respondent.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

## (November 21, 1962)

■ In the Matter of ADELE MUNTER, Appellant, v. JOHN J. THEOBALD, as Superintendent of Schools of the City of New York, et al., respondents.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD WILLIS, Appellant.— On the call of the calendar, appeal dismissed. Appellant failed to comply with an order of this court, dated April 30, 1962, requiring him to perfect his appeal for the October 1962 Term. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.

## (November 26, 1962)

■ ANGELINA ENGONGORO et al., Respondents, v. DOMINICK DI PALMA et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Westchester County, entered April 18, 1962 on the court's own motion after a pretrial hearing, which granted a preference in trial. Order reversed, without costs, preference vacated, and action restored to its regular position on the calendar. The record fails to show an adequate basis for the granting of a preference (cf. Farewell v. Milbank, 284 App. Div. 898; Quinlan v. Schaefer Brewing Co., 279 App. Div. 805; Abramson v. Kenwood Labs., 17 A D 2d 626). Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ IDA C. FARBER et al., Appellants, v. JEWISH COMMUNITY CENTER OF FLATBUSH, Defendant-Respondent and Third-Party Plaintiff. FRASER-GOLD CARPET CORP., Third-Party Defendant and Fourth-Party Plaintiff, v. ISIDORE WASSERMAN et al., Doing Business under the Name of CARDINAL CARPET WORK-ROOM AND WAREHOUSE, Fourth-Party Defendants.— In a negligence action to recover damages for personal injury, loss of services and medical expenses, resulting from the female plaintiff's fall while descending a stairway in defendant's premises, plaintiffs appeal, as limited by their brief: (1) from so much of a judgment of the Supreme Court, Kings County, entered January 30, 1962 after trial upon a jury's verdict, as dismissed their complaint on the merits; and (2) from an order of said court, dated February 14, 1962, which denied their motion to set aside the verdict and for a new trial (Civ. Prac. Act, § 549). Judgment, insofar as appealed from, affirmed, without costs. No opinion. Appeal from order dismissed as academic. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.